**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 JAN 22  A 9 20

CLERK _L. LaVictoire_
SO. DIST. OF GA.

JOE CURTIS HARRIS,                          :

        Plaintiff,                          :

v.                                          :          CIVIL ACTION NO.: CV506-068

HALL, Food Service Manager,                 :

        Defendant.                          :

## O R D E R

Plaintiff, an inmate currently incarcerated at D. Ray James Prison in Folkston, Georgia, has filed a complaint pursuant to 42 U.S.C. § 1983 contesting certain conditions of his confinement.

A copy of Plaintiff's Complaint, the Court's October 10, 2006, Order, and a copy of this Order shall be served upon Defendant Hall by the Clerk. The Clerk is directed to prepare a Waiver of Service and mail said documents to Gregory Cote, Esquire, McCarter & English, LLP, 225 Franklin Street, Boston, MA 02110. The parties shall be guided by the instructions contained in the Order dated October 10, 2006.

**SO ORDERED**, this _22_ day of January, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)