# United States District Court
## Southern District of Georgia



FILED
U.S. DISTRICT COURT

2007 MAR 14 P 1:07

| | |
|---|---|
| Joe Curtis Harris | Case No. ___CV506-068___ |
| Plaintiff | |
| v. | Appearing on behalf of |
| HALL, Food Service Manager | HALL, Food Service Manager |
| Defendant | (Plaintiff/<u>Defendant</u>) |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __14th__ day of __March__, __2007__.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

NAME OF PETITIONER: __Gregory D. Cote__

Business Address: __McCarter & English, LLP__
Firm/Business Name

__265 Franklin Street__
Street Address

_____  __Boston__  __MA__  __02110__
Street Address (con't)     City      State   Zip

Mailing Address (if other than street address)

_____   _____
Address Line 2              City, State, Zip

__617-449-6500__           _____
Telephone Number (w/ area code)   Georgia Bar Number