# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 MAR 14 P 1:07

_____ L. LaVictoire
CLERK

| | |
|---|---|
| Joe Curtis Harris | Case No. CV506-068 |
| Plaintiff | |
| v. | Appearing on behalf of |
| HALL, Food Service Manager | HALL, Food Service Manager |
| Defendant | (Plaintiff/**Defendant**) |

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED.**

This 14th day of March, 2007.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

NAME OF PETITIONER:   Peter M. Coppinger

Business Address:   McCarter & English, LLP
                    Firm/Business Name

265 Franklin Street
Street Address

_____ Boston    MA   02110
Street Address (con't)   City   State   Zip

Mailing Address (if other than street address)

Address Line 2           City, State, Zip

617-449-6500
Telephone Number (w/ area code)   Georgia Bar Number